```
              UNITED STATES OF AMERICA
                   DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


                   VILEIKA SOTO-NUNEZ

                           V.

         UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
                      FORFEITURE COUNSEL
              (Re: $75,980.OO IN U.S. CURRENCY)


                   CASE NO. 21-MC-91755


                    EXHIBITS IN SUPPORT OF
           RULE 41(g) MOTION FOR RETURN OF PROPERTY
```

| Exhibit No. | Description |
|---|---|
| 1 | Receipt for Seized $75,980 in U.S. Currency |
| 2 | Notice of Seizure/Intent to Forfeit |
| 3 | Claim Cover Letter |
| 4 | Claim |
| 5 | Postal Receipt |
| 6 | December 9, 2021 Letter to DEA |
| 7 | October 6, 2021 Letter from DEA |

**Respectfully Submitted
VILEIKA SOTO-NUNEZ
By her Attorney:**

/s/ Thomas Kerner
_____
**THOMAS KERNER
MA BBO # 552373
Attorney at law
343 Commercial Street
Boston, MA 02109
(617) 720-5509
thomas.kerner@comcast.net**